HENRY MORTHORST, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 6, 1876 ; decided April 18, 1876.)

*A. P. Laning* for the appellant.

*J. H. Martindale* for the respondent.

All concur ; ALLEN, J., not sitting.
Judgment affirmed.